In the Matter of the Transfer Tax upon the Estate of ANNIE E. BARNABY, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARY LEWIS KIRKMAN, Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Fowler, S. (Reported in 104 Misc. Rep. 362.) Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

HARRY PONCHER, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

RALPH M. WEINRICHTER, Respondent, v. INCORPORATED LAND COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

DOMESTIC CHEMICAL CORPORATION, Respondent, v. GENERAL PLATERS SUPPLY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

ISIDORE BERTHET and Another, Copartners, etc., Respondents, v. JOHN SCHUBERT COTTON COMPANY, INC., Appellant.— Judgment and order